Argued and submitted July 18, 1984, reversed and remanded with instructions February 27, reconsideration denied April 19, petition for review denied June 4, 1985

(299 Or 251)

In the Matter of the Compensation of
Darrel A. Chastain, Claimant.

## CHASTAIN,
*Petitioner,*

*v.*

## STATE ACCIDENT INSURANCE FUND CORPORATION et al,
*Respondents.*

(81-03963 & 81-03962; CA A30590)

695 P2d 978

Mark Andrew Lange, Salem, argued the cause for petitioner. On the brief was Rolf Olson, Salem.

Darrell E. Bewley, Assistant Attorney General, Salem, argued the cause for respondent State Accident Insurance Fund Corporation. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Allan M. Muir, Portland, argued the cause for respondent Fremont Indemnity. With him on the brief were Roger A.

Luedtke and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Claimant seeks review of a Workers' Compensation Board order denying him compensation for his low back condition as either an aggravation or a new injury. We reverse and remand for reinstatement of respondent SAIF Corporation's acceptance of the claim.

The dispositive issue is whether SAIF is estopped from denying acceptance of the claim under *Bauman v. SAIF,* 295 Or 788, 670 P2d 1027 (1983).[1] We hold that it is. SAIF concedes that, under *Bauman,* it is estopped from denying the *compensability* of the claim. SAIF argues, however, that *Bauman* does not preclude its "back-up" denial of *responsibility.* That issue was decided against SAIF's position in *Jeld-Wen, Inc. v. McGehee,* 72 Or App 12, 695 P2d 92 (1985), where we interpreted *Bauman* as applying to "back-up" denials of responsibility. SAIF's back-up denial of responsibility was issued after the 60-day time limit prescribed in ORS 656.262(6). That denial is barred by *Bauman. Jeld-Wen, Inc. v. McGehee, supra.*

Reversed and remanded for reinstatement of respondent SAIF Corporation's acceptance of the claim.

---

[1] *Bauman* applies retroactively to back-up denials issued before *Bauman* was decided. *U. S. National Bank v. Wagoner,* 71 Or App 266, 692 P2d 149 (1984).